UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CESAR ALMANZAR et al.,

                Plaintiffs,

v.

C&I ASSOCIATES, INC., C&I
TELECOMMUNICATIONS, INC.,
WILLIAM GIANNINI, NELSON
IZQUIERDO, & ANDROKE POLONIO,

                Defendants.

14-CV-1810 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

1. The Court has received plaintiff's letter filed on January 23, 2023. (ECF No. 190.) It is hereby ordered that a status conference shall take place on February 22, 2023 at 2:30 p.m. in Courtroom 23A.

2. Not having received a motion to withdraw from defendants' counsel, Tarter Krinsky & Drogin LLP remains as counsel of record for defendants. See Local Rule 1.4. That firm is directed to attend the conference on behalf of defendants.

Dated: New York, New York
         January 24, 2023

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.