UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CESAR ALMANZAR, ET AL.,  : 14-Cv-1810 (SHS)

           Plaintiffs,  :

   -v-  : ORDER

C & I ASSOCIATES, INC., ET AL.,  :

           Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On December 30, 2022, the Court received a motion to enforce the settlement in this matter on behalf of plaintiffs [Doc. No. 184]. On January 24, 2023, this Court ordered that a status conference take place on February 22, 2023, at 2:30 p.m. in Courtroom 23A and directed Tarter Krinsky & Drogin LLP ("TKD") to attend that conference on behalf of defendants [Doc. No. 192]. Today the Court received a motion to withdraw as counsel from TKD returnable on February 21, 2023. If plaintiffs intend to oppose that motion, they shall do so on or before February 13, 2023. The Court shall address both motions at the conference on February 22. The Court also notes that the Declaration of Laurent S. Drogin dated February 6 purports to attach an Exhibit A and an Exhibit B. No such attachments have been filed to date. TKD is directed to make further attempts to locate defendants, set those attempts forth in writing, and attend the February 22 conference.

Dated: New York, New York
       January 17, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.