UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CESAR ALMANZAR, ET AL.,                    :        14-Cv-1810 (SHS)

                        Plaintiffs,         :

        -v-                                 :        ORDER

C & I ASSOCIATES, INC., ET AL.,            :

                        Defendants.         :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Tarter Krinsky & Drogin LLP having moved to withdraw as counsel for defendants C & I Associates, Inc., C & I Telecommunications, Inc., William Giannini, Nelson Izquierdo, and Androke Polonio [Doc. No. 193], and argument having been heard today, and as of today, no opposition has been filed,

    IT IS HEREBY ORDERED that:

1. The motion to withdraw as counsel [Doc. No. 193] is granted;

2. Plaintiffs are directed to file a fully executed confession of judgment; and

3. The motion to enforce the settlement [Doc. No. 184] is denied as moot.

Dated: New York, New York
        February 22, 2023

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.